UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| JANN ORTEGA, WIDMAN SANCHEZ and FELIPE ESTEVEZ, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>-against-<br><br>BRACCO'S CLAM & OYSTER BAR, INC. d/b/a BRACCO'S CLAM & OYSTER BAR, MICHAEL BRACCO, JONATHAN BRACCO, ROBERT BRACCO, and GERARD BRACCO,<br><br>                Defendants. | Civil Action #17-cv-6189<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR <u>OTHERWISE PLEAD</u>** |

IT IS, hereby stipulated and agreed by and between the attorneys for Plaintiffs and Defendants that the time within which Defendants may respond to the Complaint in the above-entitled action is extended until December 22, 2017.

| | |
|---|---|
| */s/ Neil M. Frank* | */s/ Steven B. Horowitz* |
| NEIL M. FRANK, ESQ. | STEVEN B. HOROWITZ, ESQ. (SBH-3606) |
| Frank & Associates, P.C. | Horowitz Law Group, LLC |
| 500 Bi-County Blvd., Suite 465 | 49 Route 202, PO Box 13 |
| Farmingdale, New York 11735 | Far Hills, New Jersey 07931 |
| Attorney for Plaintiffs | Attorney for Defendants |
| (631) 756-0400 (Telephone) | (973) 789-8300 (Telephone) |
| | (973) 789-8345 (Facsimile) |

Dated: December 8, 2017          Dated: December 8, 2017